AO 450 (Rev.5/85) Judgment in a Civil Case

# United States District Court

## District of Utah

ASHLAND SPECIALTY INGREDIENTS G.P.,

    Plaintiff

v.

LIFETECH PHARMA, LLC,

    Defendant

**JUDGMENT IN A CIVIL CASE**

Case Number: 1:22-CV-00080-TS-JCB

IT IS ORDERED AND ADJUDGED

that Plaintiff's Motion for Summary Judgment is granted, and the action is dismissed with prejudice.

February 5, 2024

*Date*

BY THE COURT:

*/s/ Ted Stewart*

Ted Stewart
United States District Judge