# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| ASHLAND SPECIALTY INGREDIENTS, G.P.,<br><br>        Plaintiff,<br><br>v.<br><br>LIFETECH PHARMA, LLC,<br><br>        Defendant. | **AMENDED JUDGMENT IN A CIVIL CASE**<br><br>Case No. 1:22-CV-00080-TS |

The Court issued a written Memorandum Decisions and Order Granting Plaintiff's Motion for Summary Judgment on February 5, 2024. The Court having considered and reviewed all the foregoing; and for good cause appearing, hereby amends the prior Judgement in this matter, and **ORDERS, ADJUDGES AND DECREES AS FOLLOWS:**

That summary judgment be awarded in favor of Plaintiff Ashland and against Defendant LifeTech Pharma, LLC ("LifeTech"), in the following amounts:

1.    The principal amount generally alleged in Plaintiff Ashland Specialty Ingredients, G.P.'S pleadings and specifically established by the evidence submitted in support of its Motion for Summary Judgment in the amount of $695,501.48;

2.    Pursuant to the provisions of the parties' purchase orders, late charges at the contract rate of 18% per annum, accruing from the date of the last shipment of unpaid product to LifeTech (July 1, 2020) to June 13, 2024, in the amount of $494,748.80;

3.    For a total judgment amount of $1,190,250.28.

It is further ordered that the above judgment shall be augmented in the amount of interest at the post-judgment interest rate continuing from the date of this Amended Judgment until paid, and also augmented with reasonable costs and attorney's fees expended in collecting said judgment by execution or otherwise pursuant to the provisions of the parties' contract.

DATED this 26th day of August, 2024.

BY THE COURT:

_____
Ted Stewart
United States District Court Judge